IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| TAMARA L. WRIGHT | * |
| Plaintiff, | * |
| | Case No. _____ |
| v. | * |
| WILLOW LAKE APARTMENTS (MD) OWNER, LLC, a.k.a MORGAN PROPERTIES, | * |
| | * |
| And | |
| | * |
| MANAGEMENT FOR WILLOW LAKE APARTMENTS a.k.a. MORGAN PROPERTIES, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Defendants, Morgan Properties Management Company, LLC, incorrectly named "Management for Willow Lake Apartments a.k.a. Morgan Properties" and Willow Lake Apartments (MD) Owner, LLC, (collectively hereinafter "Defendants") hereby remove Case No. CAL21-17076, *Tamara L. Wright v. Willow Lake Apartments (MD) Owner, LLC a.k.a. Morgan Properties, et al.* from the Circuit Court for Prince George's County, Maryland, to the United States District Court for the District of Maryland, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and as grounds for its removal states as follows:

### Statement of the Case

1.  This above-captioned action was filed on December 27, 2021 by *Pro Se* Plaintiff, Tarama Wright, in the Circuit Court of Maryland for Prince George's County, Case No. CAL21-17076. *See generally* Complaint, attached hereto as **Exhibit A**.

2. Defendants Willow Lake Apartments (MD) Owner, LLC and Morgan Properties Management Company, LLC were never properly served with the summons in this matter as no summons was ever issued by the Circuit Court of Maryland for Prince George's County; *see* Docket Report, attached hereto as **Exhibit B;** however, a copy of the Complaint was received by Defendants on January 27, 2022.

3. This Complaint purports the following Claims: Fraud and Fraudulent Billing Practices, Retaliatory Actions, Negligence, and Constructive Eviction. *See generally,* **Exhibit A**.

4. Plaintiff seeks relief of punitive damages, consequential and incidental damages, and compensatory damages "to be determined at trial." *See* **Exhibit A**, pp. 26-27.

5. Under Maryland Rule 2-305, if a Plaintiff is seeking in excess of $75,000, a Plaintiff need not specify the specific amount sought but only state that "the amount sought exceeds $75,000." MD. RULE 2-305. As such, Plaintiff is not required to specify the exact amount of damages to be in controversy in her Complaint under Maryland law. As such, while Plaintiff did not follow Maryland procedure where she failed to state whether or not the amount in controversy was over $75,000, the requisites of 28 U.S.C.S. § 1446(c)(2)(A) are met and Defendants are authorized to assert the amount in controversy in the instant Notice of Removal.

6. As such, pursuant 28 U.S.C.S. § 1446(c)(2)(A) and based on the allegations and damages set forth in Plaintiff's Complaint, including claims for punitive damages and other damages "to be determined at trial," Defendants assert that Plaintiff is seeking damages in excess of $75,000. *See generally,* **Exhibit A**; *see also id.* at pp. 26-27.

**Basis for Removal:  Diversity Jurisdiction pursuant to 28 U.S.C. §1332(a)**

7. This Court has jurisdiction over this matter under 28 U.S.C. §1332(a), because there is complete diversity of citizenship between Plaintiff and Defendants, and more than $75,000 (exclusive of interest and costs) is at issue.

8. *Pro Se* Plaintiff, Tamara Wright, is a resident/domiciled in the State of Michigan. *See* **Exhibit A** at ¶2.

9. Defendants, Willow Lake Apartments (MD) Owner, LLC and Morgan Properties Management Company, LLC, are both Delaware limited liability companies with their principal places of business located in Pennsylvania at 160 Clubhouse Road; King of Prussia, Pennsylvania 19406. *See* **Exhibit A** at ¶¶3-4.

10. Neither Defendant is incorporated in or has a principal place of business located in Michigan where Plaintiff resides. *See id.* at ¶¶3-4.

11. Upon information and belief, and based on the allegations set forth in the Complaint, the alleged incidents at issue took place in or around Laurel, Maryland located in Prince George's County, Maryland. *See* **Exhibit A** at ¶1.

12. Plaintiff in this action requests an unspecified amount of damages in excess of $75,000, including punitive and other damages "to be proven at trial," as well as attorneys' fees and costs. Thus, over $75,000 is in controversy and the jurisdictional threshold under 28 U.S.C. §1332(a) is satisfied.

13. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 103.5.a., a true and correct copy of all of the process, pleadings, orders, and documents from the State Court Action which have been mailed by Plaintiff to Defendants, Willow Lake Apartments (MD) Owner, LLC and Morgan Properties Management Company, LLC, are attached with this Notice of Removal.

14. This Notice of Removal is being filed within 30 days of the date that Defendants Willow Lake Apartments (MD) Owner, LLC and Morgan Properties Management Company, LLC received the Complaint in this matter. Removal is therefore timely in accordance with 28 U.S.C. § 1446(b).

15. Removal to this Court is proper pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the U.S. District Court for the District of Maryland is the federal judicial district embracing the Circuit Court of Maryland for Prince George's County, where the State Court Action was originally filed.

16. Defendant will promptly file a copy of this Notice of Removal with the clerk of the Circuit Court of Maryland for Prince George's County, and provide written notice of the removal to all parties/counsel of record.

17. Pursuant to Fed. R. Civ. P. 81(c), Defendants will file its responsive pleading, answer or present its other defenses or objections available under the Federal Rules within seven days after the filing of this Notice of Removal, or it will obtain an extension of time to file such a pleading or motion.

18. By filing the instant Notice of Removal, Defendants Willow Lake Apartments (MD) Owner, LLC and Morgan Properties Management Company, LLC do not waive any objections they may have as to service, jurisdiction, or venue, or any other defenses or objections they may have to this action. Defendants intend no admission of fact, law, or liability by this Notice, and expressly reserve all defenses, motions, and or pleas.

**Conclusion**

Defendants Willow Lake Apartments (MD) Owner, LLC and Morgan Properties Management Company, LLC respectfully request that this Notice of Removal be accepted and that the State Court Action be removed from the Circuit Court of Maryland for Prince George's County to the United States District Court for the District of Maryland, Southern Division, and that this Court issue all such further orders and processes as may be necessary to bring before it all parties necessary for the final adjudication thereof.

DATED:  February 28, 2022

        Respectfully submitted,

        **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLC**

By:   */s/ Helyna M. Haussler*
      Helyna M. Haussler (# 29799)
      500 East Pratt Street, Suite 600
      Baltimore, Maryland 21202
      Tel.: (410) 539-1800
      Fax: (410) 962-8758
      Helyna.Haussler@WilsonElser.com
      *Attorneys for Defendants Willow Lake Apartments (MD) Owner, LLC and Morgan Properties Management Company, LLC.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of February, 2022, a true and correct copy of the foregoing document was served via electronic mail to, as well as first class mail postage prepaid, to the following:

Tamara L. Wright
205 S. Ridge St.
Port Sanilac, Michigan 48469
Blackdahlias1000@hotmail.com
*Pro Se Plaintiff*

                                             */s/ Helyna M. Haussler*
                                             Helyna M. Haussler (# 29799)