IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TAMARA L. WRIGHT * | |
| Plaintiff, * | |
|  * | Case No. 8:22-cv-00484-TDC |
| v. * | |
| WILLOW LAKE APARTMENTS (MD) * OWNER, LLC, a.k.a MORGAN PROPERTIES, et al., * | |
| Defendants. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**WILLOW LAKE APARTMENTS (MD) OWNER, LLC'S
LOCAL RULE 103 CORPORATE DISCLOSURE OF
AFFILIATIONS & FINANCIAL INTERESTS**

Defendant Willow Lake Apartments (MD) Owner, LLC, by its attorneys Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, respectfully states as and for its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1, as follows:

1. Willow Lake Apartments (MD) Owner, LLC is wholly owned by The Central Maryland 4 Holdings, LLC.

2. The Central Maryland 4 Holdings, LLC is 85.45% owned by M-O Portfolio JV I LLC and 14.55% owned by Morgan Properties Central Maryland Portfolio Investor, LLC.

3. M-O Portfolio JV I LLC is 95% owned by CREL/OAC LLC and 5% owned by Morgan Properties M-O Portfolio JV I Investor LLC.

4. Both Morgan Properties Central Maryland Portfolio Investor, LLC and Morgan Properties M-O Portfolio JV I Investor LLC are 100% owned by Morgan Properties JV Holdings, LP.

5. None of the above-referenced entities are publically held corporations.

6. Sompo International Insurance and Endurance Assurance Corporation also have financial interests in this litigation.

Dated: March 7, 2022

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

*/s/ Helyna M. Haussler*
Helyna M. Haussler (Bar No. 29799)
500 East Pratt Street, Suite 600
Baltimore, MD 21202
Main: 410-539-1800
Direct: 410-962-7386
Fax: 410-962-8758
Helyna.Haussler@wilsonelser.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th of March, 2022, I caused a true and correct copy of the foregoing *Disclosure* to be mailed first-class, postage prepaid to:

Tamara L. Wright
205 S. Ridge St.
Port Sanilac, Michigan 48469
Blackdahlias1000@hotmail.com
*Pro Se Plaintiff*

*/s/ Helyna M. Haussler*
Helyna M. Haussler